## MILLER v. COMMONWEALTH.

Court of Appeals of Kentucky.

Oct. 30, 1953.

O. J. Cockrell, Jackson, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Breathitt Circuit Court. Ervine Turner, Judge.

We are affirming the judgment finding Earl Miller guilty of transporting liquor in local option territory and sentencing him to a fine of $100 and 30 days in jail. Miller was not driving the truck stopped by the officer. When he told the officer he was not on a pleasure trip, and offered him money, he committed an offense. The subsequent search of the truck was not illegal.

Judgment affirmed.